# EXHIBIT B

EXHIBIT B

   A. Lawrence Giacometto
      P.O. Box 515
      Broadus, MT 59317

      Cook Ranch Trust Dated 10/1/2013
      HCR 82
      Bell Creek, MT 59317

      Robert Giacometto
      P.O. Box 9442
      Rapid City, MT 57709

The Cook Ranch Trust, Lawrence Giacommetto and Robert Giacommetto have in interest in the following real property:

      <u>Township 7 South, Range 56 East</u>
      Section 21:  NW4SW4, S2NW4, NE4NW4, NW4NE4
      Carter County, Montana

The Cook Ranch Trust, Lawrence Giacommetto and Robert Giacommetto were given a written offer of $51,686.26, for the pipeline easement, which Denbury Green Pipeline-Montana, LLC believes is an appropriate payment.

   B. Ronald D. Talcott and Deborah Talcott
      P.O. Box 225
      Hammond, MT 59332

Ronald D. Talcott and Deborah Talcott have in interest in the following real property:

<u>Township 8 South, Range 56 East</u>
Section 15: NW4NW4
Carter County, Montana

<u>Township 8 South, Range 56 East</u>
Section 10: W2SW4, NE4SW4, E2NW4, NW4NE4
Carter County, Montana

Ronald D. Talcott and Deborah Talcott were given a written offer of $100,450.19 for the pipeline easement, which Denbury Green Pipeline-Montana, LLC believes is an appropriate payment.