FILED

NOV 28 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| Denbury Green Pipeline-Montana, LLC, | CV 18-104-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| Easements and Rights of Way Across <u>Township 7 South, Range 56 East</u> Section 21: NW4SW4, S2NW4, NE4NW4, NW4NE4 Carter, County, Montana <u>Township 8 South, Range 56 East</u> Section 15: NW4NW4 Carter County, Montana <u>Township 8 South, Range 56 East</u> Section 10: W2SW4, NE4SW4, E2NW4, NW4NE4 Carter County, Montana The cook Ranch Trust, Lawrence Giacommetto, Robert Giacommetto, and Unknown Owners, Defendants. | |

Upon the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 18),

1

by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

DATED this 27th day of November, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE